## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

BLANCA ESTELA VAZQUEZ HERNANDEZ,

       Plaintiff,

v.                                   Case No.   5:24-cv-163-MMH-PRL

MICHAEL J. MCCLEARY, Director,
Orlando Field Office, USCIS,

       Defendant.

_____

## O R D E R   O F   D I S M I S S A L

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal (Dkt. No. 8; Notice) filed on April 30, 2024.   In the Notice, Plaintiff requests dismissal of this matter without prejudice.  <u>See</u> Notice at 1.   Upon review of the docket, the Court notes that Defendant has neither served an answer nor a motion for summary judgment.   Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby

**ORDERED:**

    1.    This case is **DISMISSED without prejudice**.

2.      The Clerk of the Court is directed to terminate all pending motions

and close the file.

**DONE AND ORDERED** in Chambers this 1st day of May, 2024.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record
Pro Se Parties